```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC#: _____
------------------------------------------------------------- x  DATE FILED: 12-27-22
UNITED STATES OF AMERICA,                       :
                                                :
                            Plaintiff,          :
                                                :   21 CR 475 (ALC)
            -against-                           :
                                                :   ORDER
JAROMY PITTARIO,                                :
                                                :
                            Defendant.          :
                                                :
------------------------------------------------------------- x
```

ANDREW L. CARTER, JR., District Judge:

A Change of Plea Hearing is set for **January 26, 2023** at **2:00 p.m.**

SO ORDERED.

Dated:   New York, New York
         December 27, 2022

_____
ANDREW L. CARTER, JR.
United States District Judge