UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------X

UNITED STATES OF AMERICA :

    v. :

JAROMY PITTARIO, : S 21 Cr. 475 (ALC)
    a/k/a "Jaromy Jannard-Pittario,"
                                                                                  :

            Defendant.

                                                                               :
----------------------------X

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                      _____
                                                      Jaromy Pittario
                                                      Defendant

                                                      _____
                                                      Witness

                                                      _____
                                                      Sarah Sacks, Esq.
                                                      Counsel for Defendant

Date:  New York, New York
         January 26, 2023