**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/11/23

# EPSTEIN SACKS PLLC

### ATTORNEYS AT LAW
### 100 LAFAYETTE STREET - SUITE 502
### NEW YORK, N.Y. 10013
### (212) 684-1230
### Fax (212) 571-5507

**BENNETT M. EPSTEIN: (917) 653-7116**
**SARAH M. SACKS: (917) 566-6196**

May 10, 2023

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States District Court
40 Foley Square
New York, NY 10007

Filed on ECF and
via email to ALCarterNYSDChambers@nysd.uscourts.gov

Re: *United States v. Jaromy Pittario*; 21 Cr. 475 (ALC)
Request to Adjourn Sentencing Date

Dear Judge Carter:

     We represent the defendant Jaromy Pittario pursuant to the Criminal Justice Act. He is currently scheduled to be sentenced by the Court on Thursday, May 25, 2023. We write to request a brief adjournment of his sentencing date. This is our first request for an adjournment. We seek additional time to prepare our sentencing submission and to collect character letters on our client's behalf. We have spoken with AUSA Jilan Kamal on behalf of the Government, and she has no objection to this request. We have also consulted with Your Honor's Chambers and understand that the Court is available to hold a sentencing hearing on Tuesday June 13, 2023 at 3PM. The parties are available to proceed on that date.

Respectfully submitted,

*Sarah M. Sacks*

The application is **GRANTED**. Sentencing adjourned to 6/13/23 at 3:00 p.m.
So Ordered.

*[signature]* 5/11/23