ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **6·15·23**

UNITED STATES OF AMERICA

            -v.-

JAROMY PITTARIO,
         *a/k/a* "Jaromy Jannard-Pittario"

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER OF
FORFEITURE/MONEY JUDGMENT

S1 21 Cr. 475 (ALC)

WHEREAS, on or January 26, 2023, JAROMY PITTARIO, a/k/a "Jaromy Jannard-Pittario" (the "Defendant"), was charged in a Superseding Information, S1 21 Cr. 475 (ALC) (the "Information"), with conspiracy to commit mail and wire fraud, in violation of Title 18, United States Code, Section 371;

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28 United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information that the Defendant personally obtained;

WHEREAS, on or about January 26, 2023, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(l)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal to $125,537 in United States currency, representing the amount of proceeds traceable to the commission of the offense charged in Count

One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $125,537 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained; and

WHEREAS, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Jilan J. Kamal, of counsel, and the Defendant, by and through his counsel, Sarah Sacks, Esq., that:

1.      As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $125,537 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, JAROMY PITTARIO (a/k/a "Jaromy Jannard-Pittario"), upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

2

3.       All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007, and shall indicate the Defendant's name and case number, and the United States shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

4.       Upon execution of this Consent Preliminary Order of Forfeiture/Money Judgment, and pursuant to Title 21, United States Code, Section 853, the United States Marshals Service shall be authorized to deposit the payment on the Money Judgment in the Assets Forfeiture Fund ("AFF"), and the United States shall have clear title to such forfeited property.

5.       Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.       Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas.

7.       The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rule of Criminal Procedure.

8.      The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. A facsimile or electronic image of the original signature of any party executing this Consent Preliminary Order of

Forfeiture/Money Judgment shall be deemed an original signature and shall constitute an original

as against the party whose signature appears in the facsimile or electronic image.

AGREED AND CONSENTED TO:

DAMAN WILLIAMS
United States Attorney for the
Southern District of New York
Attorney for United States

By:  _____          ___6/12/2023___
     JEAN KAMAL                          DATE
     Assistant United States Attorney
     One Saint Andrew's Plaza
     New York, NY 10007
     Office: (212) 637-2192


JAROMY PITTARIO (a/k/a "Jaromy Jannard-Pittario")
Defendant

By   _____          ___6/13/23___
     JAROMY PITTARIO                     DATE
     a/k/a "Jaromy Jannard-Pittario"

By:  _____          ___6/13/23___
     Sarah Sacks, Esq.                   DATE
     (Counsel for the Defendant)
     Epstein & Sacks PLLC
     Office: 212.684.1230


SO ORDERED:

     _____          ___6/13/23___
     HONORABLE ANDREW L. CARTER          DATE
     UNITED STATES DISTRICT JUDGE

5