**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 13, 2023

By EMAIL & ECF
The Honorable Andrew L. Carter
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-13-23

    Re:   *United States v. Jaromy Pittario, a/k/a "Jaromy Jannard-Pittario,"*
           S1 21 Cr. 475 (ALC)

Dear Judge Carter:

    The Government writes to respectfully request a two-week adjournment of the date by which the parties must file a proposed order of restitution. The current deadline, which was set at the defendant's sentencing, is July 13, 2023. (ECF No. 122 at 26). The proposed deadline is July 27, 2023. Pursuant to 18 U.S.C. § 3664(d)(5), a restitution order may be entered up to 90 days from the date of sentencing, and the proposed date is well within that window. Defense counsel for Mr. Pittario consents to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    _____
    Jilan J. Kamal
    Assistant United States Attorney
    (212) 637-2192

cc: Sarah Sacks, Esq.

The application is  ✓ granted.
                        ___ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: 7-13-23
NY, New York