MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/2/23__
```

# EPSTEIN SACKS PLLC

ATTORNEYS AT LAW

100 LAFAYETTE STREET - SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230
Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

July 31, 2023

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States District Court
40 Foley Square
New York, NY 10007

Filed on ECF and
via email to ALCarterNYSDChambers@nysd.uscourts.gov

Re: *United States v. Jaromy Pittario*; 21 Cr. 475 (ALC)
Request to Adjourn Surrender Date

Dear Judge Carter:

We represent the defendant Jaromy Pittario pursuant to the Criminal Justice Act. As Your Honor may recall, the Court sentenced him to eight months imprisonment, and he is currently scheduled to surrender on August 18, 2023. [REDACTED]

For these reasons, we respectfully request that the Court adjourn Mr. Pittario's surrender date until October 31, 2023, [REDACTED] We have spoken with AUSA Jilan Kamal on behalf of the Government, and she has no objection to this request.

Respectfully submitted,

*Sarah M. Sacks*

The application is **GRANTED**. The surrender date is adjourned to 10/31/23.
So Ordered. *[signature]* 8/2/23