USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/25/23

# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
### 100 LAFAYETTE STREET - SUITE 502
### NEW YORK, N.Y. 10013
### (212) 684-1230
### Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

October 24, 2023

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States District Court
40 Foley Square
New York, NY 10007

Filed on ECF and
via email to ALCarterNYSDChambers@nysd.uscourts.gov

Re: *United States v. Jaromy Pittario*; 21 Cr. 475 (ALC)
Request to Adjourn Surrender Date

Dear Judge Carter:

We represent the defendant Jaromy Pittario pursuant to the Criminal Justice Act. The Court has sentenced him to eight months imprisonment, and he is currently scheduled to surrender on October 31, 2023. We write to request an adjournment of that surrender date.



For these reasons, we respectfully request that the Court adjourn Mr. Pittario's surrender date until the week of February 5, 2024,

███████████████████████ We have spoken with AUSA Jilan Kamal on behalf of the Government, and she does not object to this request.

Respectfully submitted,

*Sarah M. Sacks*

The application is **GRANTED**. The surrender date is adjourned to 2/9/24.

So Ordered.

*Andrew L. Carter*   10/25/23

2