UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _11-15.23_

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                Movant,

      -against-

JAROMY PITTARIO,

              Respondent.

------------------------------------------------------------ x

21-CR-475 (ALC)

<u>ORDER</u>

ANDREW L. CARTER, JR., District Judge:

      The Defendant shall file a response to Morrison Cohen LLP's letter on or by

November 22, 2023.

SO ORDERED.

Dated:      New York, New York
          November 15, 2023

              ANDREW L. CARTER, JR.
              United States District Judge