UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                Plaintiff,

     -against-

JAROMY PITTARIO,

               Defendant.

------------------------------------------------------------ x

21-CR-475 (ALC)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/16/24

ANDREW L. CARTER, JR., District Judge:

    A Telephone Status Conference is set for **February 20, 2024, at 2:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

SO ORDERED.

Dated:    New York, New York
           February 16, 2024

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**